**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JARED KEMP**                                                                                           **PLAINTIFF**

**V.**                                          **CASE NO.  3:11CV00165**

**PERFORMANCE LUBE CENTERS, INC.**
**D/B/A PERFORMANCE LUBE CENTER**                                          **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Entry of Order of Dismissal.  (Docket # 5).  For good cause shown, the motion is GRANTED.  Plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2012.

_____
James M. Moody
United States District Judge